## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION, AT CHATTANOOGA

| | | |
|---|---|---|
| WILLIAM EDGAR MUIR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARION COUNTY GOVERNMENT, | ) | |
| CITY OF SOUTH PITTSBURG, | ) | |
| 12th JUDICIAL DRUG AND VIOLENT CRIME | ) | No. 1:20-CV-00310-TAV-CHS |
| TASK FORCE, OFFICER PAYNE MOSLEY, | ) | |
| in his capacity as a police officer for | ) | |
| City of South Pittsburg, and in his individual | ) | JURY DEMAND |
| capacity, DEPUTY JUSTIN GRAHAM, in his | ) | |
| capacity as a deputy sheriff for Marion County | ) | |
| Government, and in his individual capacity, | ) | |
| DEPUTY TIM PRINCE, in his capacity as a | ) | |
| deputy sheriff for Marion County Government, and | ) | |
| in his individual capacity, | ) | |
| AGENT CHARLIE RITTENBERRY, as an agent | ) | |
| for the 12th Judicial Drug & Violent Crime Task | ) | |
| Force, and in his individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW

Attorney, Thomas E. LeQuire, pursuant to Local Rule 83.4 of the Eastern District of Tennessee, moves the Court for leave to withdraw as counsel for Defendants Marion County, Officer Payne Mosley, Deputy Justin Graham, Deputy Tim Prince and Agent Charlie Rittenberry in the above captioned case.

As grounds for the Motion, counsel shows that he is retiring from the practice of law. Counsel further shows that the clients are also represented by attorney B. Thomas Hickey, Jr. and

will continue to be represented by said counsel. Defendant Agent Charlie Rittenberry is also represented by attorneys Peako A. Jenkins and W. Gerald Tidwell, Jr.

Notice of this Motion has been sent to the Clients/Defendants at the following addresses:

David Jackson, Mayor
Marion County, Tennessee
P.O. Box 796
Jasper, Tennessee 37347
Phone Number: (423) 942-2552

Marion County Sheriff's Department
#5 North Oak Avenue
Jasper, Tennessee 37347
Phone Number: (423) 942-2525

The undersigned certifies that the requirements of Local Rule 83.4 have been met.

Respectfully submitted,

**SPICER RUDSTROM, PLLC**

BY:    /s/ Thomas E. LeQuire
        Thomas E. LeQuire, BPR #06875
        537 Market Street, Suite 203
        Chattanooga, TN 37402
        P: 423-756-0262
        F: 423-756-8489
        tel@spicerfirm.com
        *Attorney for Defendants Marion County Government, Officer Payne Mosley, Deputy Justin Graham, Deputy Tim Prince and Agent Charlie Rittenberry*

2

<u>**CERTIFICATE OF SERVICE**</u>

       I hereby certify that on this 9th day of November, 2022, I electronically filed this document along with any exhibits with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Robin R. Flores
Flores Law Office
4110 Brainerd Road, Suite A
Chattanooga, TN 37411

Peako Andrea Jenkins
State of TN, Office of Attorney General
P.O. Box 20207
Nashville, TN 37202-0207

Phillip Aaron Wells
Ronald D. Wells
Robinson, Smith & Wells, PLLC
633 Chestnut Street, Suite 700
Chattanooga, TN 37450

W. Gerald Tidwell, Jr.
Matthew Tidwell
Tidwell & Associates
1810 McCallie Avenue
Chattanooga TN 37402

**SPICER RUDSTROM, PLLC**

By:    <u>/s/ Thomas E. LeQuire</u>
        Thomas E. LeQuire

3